**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-7553**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ALFRED CHEESE, a/k/a Big Cheese,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen L. Hollander, District Judge. (1:98-cr-00259-ELH-2; 1:13-cv-02137-ELH)

———————

Submitted: January 23, 2014      Decided: January 27, 2014

———————

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Alfred Cheese, Appellant Pro Se. Robert Reeves Harding, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alfred Cheese appeals the district court's order denying reconsideration of the court's order denying relief on Cheese's "Motion To Vacate, Set Aside Or Modify; and/or Motion to Correct The Misapplication Of The Law In The April 16, 2013 Order Entered by The Court; and/or The Application Of The New Law Entered By the United States Supreme Court." We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED